IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KELLEY HOWE,

    Plaintiff,

v.

CITY OF MADISON, WISCONSIN
and NOBLE WRAY,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-179-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that plaintiff Kelley Howe's complaint is dismissed for failure to state a claim upon which relief may be granted.

_____      _4/6/11_
Peter Oppeneer, Clerk of Court              Date